**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00068-CV

**ROBERT D. COLEMAN, Appellant**

**V.**

**REED W. PROSPERE, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02288**

## ORDER

We **GRANT** appellant's June 3, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before June 17, 2013. No further extension of time will be granted absent extraordinary circumstances.

/s/  CAROLYN WRIGHT
CHIEF JUSTICE